IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOWANNA WORD                                                    PLAINTIFF

V.                                          CIVIL ACTION NO.: 1:09CV54-SA-JAD

NORTH MISSISSIPPI MEDICAL CENTER, INC.                         DEFENDANT

ORDER DENYING
SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant's Motion

for Summary Judgment [47] is DENIED;

SO ORDERED, this the 17th day of June, 2010

                                        **/s/ Sharion Aycock**
                                        **UNITED STATES DISTRICT JUDGE**